**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NEHEMIAH ROLLE,

                Plaintiff,                  **ORDER**

      -against-                      **25-CV-3074 (JPC) (JW)**

FRANCIS D. RICIGLIANO,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendant's motion to dismiss filed on May 6, 2025. Dkt. No. 6. The deadline per the Court's Local Rules to file any opposing or response papers is 14 days. S.D.N.Y. Local. Civ. R. 6.1(b). Plaintiff has not filed any opposing or response papers. The Court will afford Plaintiff one last opportunity to respond. Plaintiff must file any opposing or response papers by **October 31, 2025**, after which time the motion to dismiss will be considered unopposed.

      SO ORDERED.

DATED:    New York, New York
               October 7, 2025

                                            *Jennifer E. Willis*
                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge