**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
NEHEMIAH ROLLE,

                Plaintiff,                 **ORDER**

      -against-               **25-CV-3074 (JPC) (JW)**

FRANCIS D. RICIGLIANO,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of Plaintiff's opposition to the motion to dismiss filed by the final October 31st deadline. Defendant's reply is due **November 12, 2025.**

    SO ORDERED.

DATED:    New York, New York
              November 6, 2025

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge