UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
NEHEMIAH ROLLE,                                                     :
                                                                    :
                              Plaintiff,                            :
                                                                    :
               -v-                                                  :          25 Civ. 3074 (JPC) (JW)
                                                                    :
FRANCIS D. RICIGLIANO,                                             :                    ORDER
                                                                    :
                              Defendant.                            :
                                                                    :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Pursuant to the Court's January 23, 2026 Order, Dkt. 19, Plaintiff was ordered to show cause in writing no later than February 6, 2026, why the Court should not issue a filing injunction barring her from filing further lawsuits in the Southern District of New York without prior leave of the Court. To date, Plaintiff has not filed any submission in response. The Court extends *sua sponte* Plaintiff's deadline to file such a submission to February 20, 2026.

SO ORDERED.

Dated: February 9, 2026
       New York, New York

_____
              JOHN P. CRONAN
          United States District Judge