UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :

NEHEMIAH ROLLE,                                           :

                     Plaintiff,                        :

          -v-                                          :                25 Civ. 3074 (JPC)

                                                  :

FRANCIS D. RICIGLIANO,                              :                ORDER

                    Defendant.                       :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 23, 2026 Order, the Court ordered Plaintiff Nehemiah Rolle to show cause why it should not issue a filing injunction barring her from filing further lawsuits in the Southern District of New York without prior leave of the Court. On March 5, 2026, in a separate action commenced by Rolle, the Honorable Jesse M. Furman of this District issued a filing injunction against Rolle, requiring her to seek leave of Court before commencing any new actions against a federal judge in the Southern District of New York. Dkt. 6, *Rolle v. Willis*, No. 25 Civ. 10745 (JMF), (S.D.N.Y.). In light of this filing injunction, the Court declines to issue a further filing injunction against Rolle. The Court advises Rolle, however, that should she continue to file meritless lawsuits against state judicial officials, a broader filing injunction may become appropriate.

The Clerk of Court is therefore directed to close this case.

SO ORDERED.

Dated: March 9, 2026
      New York, New York                                                           

                                                                  JOHN P. CRONAN
                                               United States District Judge